IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT W. AVERY                                                                                  PLAINTIFF
ADC #652373

v.                        No: 4:21-cv-00035 JM-PSH

WELLPATH HEALTH CARE, *et al.*                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Avery's deliberate indifference and retaliation claims will proceed; and

2. Avery's other claims are dismissed without prejudice.

So ordered this 26th day of May, 2021.

_____
James M. Moody Jr.
United States District Judge