# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROBERT W. AVERY**  **PLAINTIFF**
**ADC #652373**

v.  No: 4:21-cv-00035 KGB-PSH

**WELLPATH HEALTH CARE,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court is a motion for reconsideration filed by Plaintiff Robert Avery (Doc. No. 59) and a response filed by Melanie Jones, Maria Lane, Vesta Mullins-Blanks, and Wellpath LLC (the "Defendants"). Avery seeks reconsideration of an order denying his motion to compel production of his medical records (Doc. No. 57). Avery's motion is denied. Counsel for Wellpath states that although Avery's medical records should be available to him through prison procedures, Wellpath LLC has provided him with available medical records for the applicable time period.

IT IS SO ORDERED this 14th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE