IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT W. AVERY**  **PLAINTIFF**
**ADC #652373**

v.   No: 4:21-cv-00035 JM-PSH

**WELLPATH HEALTH CARE,** *et al.*  **DEFENDANTS**

### ORDER

The Court has reviewed the Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Findings and Recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that the Defendants' motion for summary judgment (Doc. No. 76) is granted and that Avery's motion for summary judgment (Doc. No. 70) is denied. Avery's constitutional claims are dismissed with prejudice. The Court declines to exercise jurisdiction over Avery's pendent state law negligence claims.[1]

---

[1] *See ACLU v. City of Florissant,* 186 F.3d 1095, 1098-99 (8th Cir. 1999) ("[W]hen state and federal claims are joined and all federal claims are dismissed on a motion for summary judgment, the state claims are ordinarily dismissed without prejudice to avoid needless decisions of state law . . . as a matter of comity."). *See also Condor Corp. v. City of St. Paul*, 912 F.2d 215, 220 (8th Cir. 1990) ("The judicial resources of the federal courts are sparse compared to the states. We stress the need to exercise judicial restraint and avoid state law issues wherever possible.").

DATED this 16th day of March, 2023.

                                                                                         _____
                                                                                         UNITED STATES DISTRICT JUDGE