IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT W. AVERY**  **PLAINTIFF**
ADC #652373

v.  Case No: 4:21-cv-00035 JM

**WELLPATH HEALTH CARE,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing Plaintiff's constitutional claims against Dr. Melanie Jones, Marie E. Lane, Vesta Mullins, Vickie Jackson, and Wellpath Health Care with prejudice. Plaintiff's claims against defendants Louise Patterson, Tamara Hopson, Blake, White, and Scott McLean[1] and his pendent state law claims are dismissed without prejudice.

DATED this 16th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE

---

[1] See Doc. No. 48.